# United States District Court

WESTERN DISTRICT OF WASHINGTON

BRIAN CORTLAND

v.

COWLITZ COUNTY CLERK'S OFFICE, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5341RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Defendants' Motion for Summary Judgment (Dkt. 41) is **GRANTED IN PART**, as follows: all claims under 42 U.S.C. § 1981, 1983, 1985, and 1986; and claims under the Washington Constitution against Cowlitz County Clerk's Office, Teri A. Nielsen, and Roni Booth are **DISMISSED WITH PREJUDICE**. The court **DECLINES** to exercise supplemental jurisdiction over plaintiff's state law claims under the Washington Public Disclosure Act; those claims are **DISMISSED WITHOUT PREJUDICE**. This case is **DISMISSED**. Plaintiff's motion for CR 11 sanctions (Dkt. 42) is **DENIED**.

March 30, 2007

BRUCE RIFKIN
Clerk

/s/ Dara L. Kaleel
By Dara L. Kaleel, Deputy Clerk